UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL FRITZ,<br><br>  Plaintiff,<br><br>v.<br><br>TERMINITE, INC. et al.,<br><br>  Defendants. | Civil Action No. 19-15749 (SRC)<br><br>**ORDER** |

**CHESLER**, District Judge

The Court concludes that it erred in its decision to approve the parties' settlement agreement. The Opinion (Docket Entry No. 20) is **WITHDRAWN**. The Order (Docket Entry No. 21) is **VACATED**. This case shall be reopened as an active case.

   **SO ORDERED.**

                                   s/ Stanley R. Chesler
                                   STANLEY R. CHESLER
                                   United States District Judge

Dated: May 6, 2020

1