*CLOSED*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MICHAEL FRITZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TERMINITE, INC. et al.,<br><br>　　　　　Defendants. | Civil Action No. 19-15749 (SRC)<br><br>**ORDER** |

**CHESLER**, District Judge

　　This matter having come before the Court on the joint motion for approval of the settlement of this action, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b); and the Court having reviewed the motion papers, including the proposed Settlement Agreement; and the Court having opted to rule on the motion based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

　　**IT IS** on this 25th day of August, 2020,

　　**ORDERED** that the parties' joint motion for approval of the settlement of this action (Docket Entry No. 15) be and hereby is **GRANTED**; and it is further

　　**ORDERED** that, pursuant to 29 U.S.C. § 216(b), the proposed settlement is approved as a fair and reasonable resolution of a bona fide dispute under the FLSA; and it is further

2

**ORDERED** that this case is **DISMISSED** with prejudice.


    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge